# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **HERODE PHILIPPE** | : | **DOCKET NO. 2:09-cv-189** |
| **VS.** | : | **JUDGE MINALDI** |
| **MICHAEL MUKASEY, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

Petitioner Philippe filed a Petition for Writ of Habeas Corpus (28 U.S.C. § 2241) on February 2, 2009. Doc. 1. On April 13, 2009, petitioner filed a motion in which he asks the court order defendants to immediately release him on an order of supervision. Doc. 13.

Because the court may not determine whether petitioner is entitled to an order of release on supervision prior to receiving defendants' Answer to petitioner's Petition, petitioner's motion to be immediately released [doc. 13] is DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 22nd day of June, 2009.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE